**DEREK SMITH LAW GROUP, PLLC**
IAN M. BRYSON, ESQUIRE
Attorney ID No. 321359
1835 Market Street, Suite 2950
Philadelphia, PA 19103
(215) 391-4790
ian@dereksmithlaw.com
*Attorneys for Plaintiff, Dennis Roscoe*

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENNIS ROSCOE, <br><br> Plaintiff, <br><br> v. <br><br> PHILLY SHIPYARD, INC., <br> HKA ENTERPRISES, LLC, <br> INTERNATIONAL BROTHERHOOD OF <br> BOILERMAKERS, IRON SHIP BUILDERS, <br> BLACKSMITHS, FORGERS and <br> HELPERS, *and* <br> STEPHEN M. LALUMERA, <br><br> Defendants. | Civil Action No. 2:22-cv-01428-MSG |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Dennis Roscoe voluntarily dismisses all claims against all parties **WITH**

**PREJUDICE**.

**DEREK SMITH LAW GROUP, PLLC**
*Ian M. Bryson, Esq.*
Ian M. Bryson, Esq.
*Attorneys for Plaintiff*